IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRUCE WILLIAM FERGUSON,<br><br>Defendant. | CR 22-78-BLG-SPW-02<br><br><br>ORDER |

Pending before the Court is the United States' Unopposed Motion to Dismiss the Indictment with Prejudice (Doc. 56).   For good cause being shown,

**IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED.** The Indictment is **DISMISSED WITH PREJUDICE** against Bruce William Ferguson.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 3rd day of May, 2023.

_____
SUSAN P. WATTERS
United States District Judge

1